UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 21 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

DEBORAH CERKEZOGLU,

Plaintiff - Respondent,

v.

BABBEL GMBH,

Defendant - Petitioner.

No. 26-6944

D.C. No.
3:26-cv-05136
Western District of Washington,
Tacoma

ORDER

Before: W. FLETCHER and DE ALBA, Circuit Judges.

The court has received the emergency motion to stay. The district court's October 8, 2026 remand order is administratively stayed pending further order to preserve the status quo pending resolution of the motion to stay. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). The response to the emergency motion and answer to the petition are due October 26, 2026. The optional reply in support of the emergency motion and optional reply in support of the petition are due October 28, 2026.